QUIRK, Respondent, v. LAMAY, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Edward Quirk against George Lamay. No opinion. Order affirmed, with $10 costs and disbursements.

RAMBAUT, Appellant, v. IRVING NAT. BANK, Respondent. (Supreme Court, Appellate Term. January 23, 1899.) Action by Thomas D. Rambaut, as assignee of the Wilson Bros. Woodenware & Toy Company, against the Irving National Bank. Edward H. Wilson, for appellant. M. H. Regensburger, for respondent. PER CURIAM. We are satisfied that the trial justice correctly construed the contract under which the defendant exercised its option to declare the notes held by it immediately due and payable. We see no occasion to add anything to what he has stated in his opinion. The judgment must, therefore, be affirmed. Judgment affirmed, with costs.

In re RANDEL. (Supreme Court, Appellate Division, First Department. November 25, 1898.) In the matter of William F. Randel. No opinion. Motion to disbar granted; referee's fees to be a county charge.

REALS, Appellant, v. WESTON, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Ellen A. Reals against G. Bernice Low Weston. No opinion. Order reversed, with disbursements only to the appellant to abide the event. See 48 N. Y. Supp. 1113.

REARDON, Respondent, v. THIRD AVE. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 23, 1898.) Action by Daniel Reardon against the Third Avenue Railway Company. C. Seasongood, for appellant. S. B. Stiles, for respondent. No opinion. Judgment and order affirmed, with costs. See 48 N. Y. Supp. 1005.

REILLY, Respondent, v. ATLAS IRON CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 6, 1898.) Action by Thomas Reilly against the Atlas Iron Construction Company. No opinion. The records of this court show, and the fact is not disputed, that the decision of the court affirming the judgment appealed from was unanimous. This fact, we think, the respondent is entitled to have appear, and the motion to amend the order is granted.

RICCA, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1899.) Action by Joseph Ricca, Jr., an infant, by Joseph Ricca, his guardian ad litem, against the Third Avenue Railroad Company. Herbert R. Limburger (Henry L. Scheuerman, on the brief),

for appellant. John B. Shanahan (James W. Ridgway, on the brief), for respondent. PER CURIAM. We doubt whether the evidence in this case, even construed most liberally in favor of the plaintiff, is sufficient to charge the defendant with negligence, or to save the plaintiff from the charge of contributory negligence. Nor do we intend to conclude ourselves as to these propositions. But, if it be conceded that there was evidence sufficient to justify the submission of the case to the jury, we are still of opinion that even then the verdict was against the clear weight of evidence. In view of the very confused picture which the evidence in this record presents to us,—a confusion that may not exist on another trial,—we think it wiser to grant a new trial on this last ground than to pass definitely on the questions involved in the motion for a nonsuit.

RICKER, Respondent, v. SHAY, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Charles Ricker against John W. Shay. No opinion. Judgment and order affirmed, with costs.

ROCHESTER SAV. BANK v. FOLTZ et al. COMMERCIAL BANK v. CATTO et al. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Actions by the Rochester Savings Bank against Moses Foltz and Beaman Catto, and the Commercial Bank against Beaman Catto and others. No opinion. Appeal dismissed, with costs, and with $10 costs of the motion in each case. See 54 N. Y. Supp. 764.

ROCHESTER SAV. BANK, Respondent, v. FOLTZ et al., Appellants. COMMERCIAL BANK, Respondent, v. SAME, Appellants (two cases). (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Actions by the Rochester Savings Bank and the Commercial Bank against Moses Foltz and Beaman Catto. No opinion. Judgment affirmed, with costs. Order appointing receiver affirmed, with $10 costs and disbursements in one case. See 54 N. Y. Supp. 764.

ROGERS, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by John H. Rogers against the New York Central & Hudson River Railroad Company. No opinion. Order reversed, without costs to either party.

ROSENBAUM v. VOLLMER. (Supreme Court, Appellate Division, First Department. November 11, 1898.) Action by Daniel Rosenbaum against Violeotte E. Vollmer. No opinion. Motion granted, with $10 costs.